UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RICHARD SHIRES, | Case No.: 2:25-cv-00338-APG-MDC |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant | |

I ORDER that plaintiff Richard Shires' certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Shires' citizenship for diversity purposes as required by the amendment to that rule.

I FURTHER ORDER that plaintiff Richard Shires must file a certificate of interested parties consistent with Rule 7.1(a)(2) by March 10, 2025.

DATED this 24th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE