UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Shires,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc., et al.,<br><br>　　　　　　Defendants. | 2:25-cv-00338-APG-MDC<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 13) is **DENIED WITHOUT PREJUDICE**. The parties request 180-days from date of March 20, 2025, Rule 26(f) conference. The requested discovery is longer than the standard discovery period allowed by LR 26-1(b)(1), which is 180-days from appearance of the first defendant, which was February 21, 2025, when defendant removed the action. LR 26-1 allows for a longer discovery period upon showing of good cause. The parties may submit an amended stipulation in compliance with LR 26-1(b)(1) or showing good cause for the longer discovery period requested.

DATED this 9th day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge