# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Richard Shires,

              Plaintiff(s),

vs.

Smith's Food & Drug Centers, Inc., et al.,

              Defendant(s).

2:25-cv-00338-APG-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 19) is **DENIED**. The parties fail to establish good cause. The parties suggest that the parties' discovery period was cut short because "the Stipulated Discovery Plan was approved just seven days ago." The parties first filed a Stipulated Discovery Plan on April 2, 2024 (ECF No. 13), which did not comply with the Local Rules (see ECF No. 14). The parties submitted an amended Stipulated Discovery Plan on April 16, 2025 (ECF No. 15), which again failed to comply with the Local Rule (ECF No. 16). The parties finally submitted a compliant Stipulated Discovery Plan on April 22, 2025 (ECF No. 17), which was approved on April 24, 2025 (ECF No. 18). Any delays in the entry of the Stipulated Discovery Plan were the result of the parties' failure to comply with the Local Rules. The Court further notes that the approved Stipulated Discovery Plan (ECF No. 18) provides the parties over four months to perform discovery, not "under two months," as asserted in ECF No. 19.

DATED this 2nd day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge