FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JASON M. MILLER, ESQ.
Nevada Bar No. 16280
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile:  (702) 553-1002
naqvi@naqvilaw.com
jmiller@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD SHIRES, individually, | Case No.:  2:25-cv-00338-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** (Fourth Request) |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a M706 KROGER WEST/SMITHS; THE KROGER CO.; JOHN DOE; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

This stipulation to extend deadlines is made and entered into by and between Plaintiff RICHARD SHIRES ("Plaintiff") and Defendants SMITH'S FOOD & DRUG CENTERS, INC. d/b/a M706 KROGER WEST/SMITHS and THE KROGER CO. ("Defendants"), by and through their respective counsel of record, hereby submits this STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FOURTH REQUEST) pursuant to LR IA6-1(a) for the Court's consideration.

/ / /

/ / /

Page 1 of 5

## DISCOVERY COMPLETED TO DATE – LR 26-3(a)

1. The parties attended an Fed. R. Civ. P. 26(f) conference on March 20, 2025, and a Stipulated Discovery Plan and Scheduling Order was filed on April 2, 2025, and two additional Amended Stipulated Discovery Plan and Scheduling Order were filed on April 16, 2025 and April 22, 2025, before final approval by the Hon. Maximiliano D. Couvillier III on April 24, 2025.

2. Plaintiff served his Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on March 21, 2025.

3. Defendants have served their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on April 10, 2025.

4. Plaintiff has provided Defendants with medical HIPAA authorizations executed by Plaintiff.

5. Plaintiff has propounded a first set of Requests for Production to Defendants, to which responses were provided on June 18, 2025.

6. Plaintiff has propounded a first set of Interrogatories to Defendants, to which responses were provided on June 18, 2025.

7. Defendants have propounded a first set of Requests for Admissions to Plaintiff, to which responses were provided on June 18, 2025.

8. Defendants have propounded a first set of Requests for Production to Plaintiff, to which responses were provided on June 18, 2025.

9. Defendants have propounded a first set of Interrogatories to Plaintiff, to which responses were provided on June 18, 2025.

10. Defendants have served their First Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on June 18, 2025.

11. Defendants have served their Second Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on July 10, 2025.

12. Defendants served their Initial Expert Disclosures pursuant to F.R.C.P. 26(a)(2) on September 18, 2025.

13. Plaintiff served his Initial Expert Disclosures pursuant to F.R.C.P. 26(a)(2) on September 19, 2025.

14. Plaintiff served his First Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on September 23, 2025.

15. Plaintiff served his Second Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on September 24, 2025.

16. Plaintiff has provided Defendants with additional medical HIPAA authorizations executed by Plaintiff, dating back fifteen years prior to the Subject Incident.

17. Defendants have taken the deposition of Plaintiff on November 19, 2025.

18. Plaintiff has taken the deposition of witness, Michael J. Lubliner on December 10, 2025.

19. Plaintiff served his Third Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on December 30, 2025.

20. Plaintiff served his First Supplement to Initial Expert Disclosures pursuant to F.R.C.P. 26(a)(2) on January 19, 2026.

21. Defendants served their First Supplement to Initial Expert Disclosures pursuant to F.R.C.P. 26(a)(2) on January 20, 2026.

22. Defendants propounded a second set of Requests for Production of Documents to Plaintiff on January 23, 2026, to which responses have not yet been provided.

///

NAQVI
INJURY LAW

23. Defendants have served their Third Supplement to Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) on January 26, 2026.

### DISCOVERY REMAINING – LR 26-3(b)

1.  Depositions of witnesses including, but not limited to:
    a.  Defendants 30(b)(6) representative(s) and employees;
    b.  Experts;
    c.  Plaintiff's treating physicians;
    d.  Other percipient witnesses.
2.  Additional written discovery.
3.  Any other discovery which may be determined relevant and necessary.

### REASON FOR EXTENSION – LR 26-3(c)

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the applicable deadlines in this matter.  The parties have been diligent in conducting discovery thus far; however, additional time is needed.  This would be the third extension of deadlines granted, however, now that initial and rebuttal expert disclosures have been completed, Plaintiff would like additional time to take the deposition of Defendants' expert, Reynold L. Rimoldi, M.D.  Additionally, counsel would like to hold a meet and confer to discuss discovery responses as well as to determine if additional provider depositions are necessary given the extent of the information discussed.  Lastly, Defendants propounded a second set of Requests for Production of Documents to Plaintiff on January 23, 2026, to which responses will not be due until after the Close of Discovery deadline has passed.  Therefore, the parties respectfully request a brief extension of the deadlines as referenced in the chart below by an additional sixty (60) days.

/ / /

/ / /



**NEW DISCOVERY DEADLINES – LR 26-3(d)**

| Discovery | Current Deadline | New Deadline |
|---|---|---|
| Amending Pleadings/ Adding Parties | Completed. | Completed. |
| Expert Witness Disclosure | Completed. | Completed. |
| Rebuttal Expert Disclosure | Completed. | Completed. |
| Discovery Deadline | February 18, 2026 | April 20, 2026 |
| Dispositive Motions | March 20, 2026 | May 20, 2026 |
| Pretrial Order | April 20, 2026 | June 19, 2026 |

If this extension is granted, the above-referenced deadlines should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

DATED this 27ᵗʰ day of January, 2026.

NAQVI INJURY LAW

/s/ Jason M. Miller
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JASON M. MILLER, ESQ.
Nevada Bar No. 16280
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

DATED this 27ᵗʰ day of January, 2026.

COOPER LEVENSON, P.A.

/s/ Scott L. Stonehocker
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 5512
3016 W. Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  January 28, 2026

Page 5 of 5