JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com

Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD SHIRES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a M706 KROGER WEST/SMITH'S; THE KROGER CO.; JOHN DOE; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00338-APG-MDC<br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Scott L. Stonehocker, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO. and Jason M. Miller, Esq. of the law firm NAQVI INJURY LAW as counsel of record for Plaintiff RICHARD SHIRES as follows:

1. That the claims herein of Plaintiff RICHARD SHIRES against Defendants SMITH'S FOOD & DRUG CENTERS, INC. and THE KROGER CO. shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

DATED this 26th day of August, 2026

NAQVI INJURY LAW

/s/ *Jason M. Miller*
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JASON M,. MILLER, ESQ.
Nevada Bar No. 16280
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
(702) 553-1000
Attorneys for Plaintiff
RICHARD SHIRES

DATED this 26th day of August, 2026.

COOPER LEVENSON, P.A.

/s/ *Jerry S. Busby*
JERRY S. BUSBY, ESQ,
Nevada Bar No. 1107
SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 5512
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

________________________________
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** August 28, 2026